IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00010-MSK-KLM

GEORG K. HILL,

    Plaintiff,

v.

THE CITY OF AURORA, COLORADO,

    Defendant.

_____

### ORDER OF RECUSAL
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter was drawn and was subsequently referred to me by District Judge Marcia S. Krieger [Docket No. 2] for pretrial case management.

    Pursuant to 28 U.S.C. § 455(a), a Magistrate Judge shall disqualify herself "in any proceeding in which [her] impartiality might reasonably be questioned."  The Court received general information about the parties' dispute during the course of a casual conversation with an individual referenced in the Complaint prior to the filing of the case. Although I do not question my ability to be impartial, under the circumstances a reasonable person could question my impartiality.  *See id.* § 455(b)(1).  Accordingly, to avoid the appearance of any impropriety, I hereby recuse myself from this action.  The Clerk of the Court shall assign another Magistrate Judge to this case.

Dated:  January 12, 2011

                                      BY THE COURT:

                                       s/ Kristen L.  Mix
                                       Kristen L.  Mix
                                       United States Magistrate Judge