IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-00010-PAB-KMT
(*consolidated with 10-cv-01134-PAB-KMT*)

GEORG K. HILL,

    Plaintiff,

v.

THE CITY OF AURORA, COLORADO, a municipal corporation,

    Defendant.

## ORDER

This matter is before the Court on defendant's Combined Rule 12(f) Motion to Strike, Rule 12(b)(6) Motion to Dismiss, § 1927 Motion for Costs, and Notice of Motion to Consolidate [Docket No. 8].

Defendant contends that the allegations in this case largely duplicate those asserted by plaintiff in Civil Action No. 10-cv-01134-PAB-KMT. Therefore, argues defendant, the complaint should be dismissed or, in the alternative, consolidated with Civil Action No. 10-cv-01134-PAB-KMT. On June 8, 2011, the Court granted the motion to consolidate that defendant filed in Civil Action No. 10-cv-01134-PAB-KMT. *See* Docket No. 90 in No. 10-cv-01134-PAB-KMT. Therefore, the alternative request to consolidate is now moot. Moreover, plaintiff has been ordered in Civil Action No. 10-cv-01134-PAB-KMT to "file an amended complaint consolidating the factual allegations and causes of action previously contained in the complaints" from both cases. *See* Docket No. 164. If plaintiff disobeys that order, defendant can seek appropriate relief,

but the request to dismiss based on duplication is now moot in light of the foregoing orders. Finally, defendant's request for attorney's fees and costs pursuant to 28 U.S.C. § 1927 fails to comply with D.C.COLO.LCivR 54.3 and, therefore, will be denied.

For the foregoing reasons, it is

**ORDERED** that defendant's Combined Rule 12(f) Motion to Strike, Rule 12(b)(6) Motion to Dismiss, § 1927 Motion for Costs, and Notice of Motion to Consolidate [Docket No. 8] is DENIED as moot in part and DENIED in part.

DATED November 10, 2011.

BY THE COURT:

 s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge