IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-00010-PAB-KMT
 (*consolidated with 10-cv-01134-PAB-KMT*)

GEORG K. HILL,

    Plaintiff,

v.

THE CITY OF AURORA, COLORADO, a municipal corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This administratively closed matter is before the Court on the Stipulation for Dismissal filed in consolidated Civil Action No. 10-cv-01134-PAB-KMT [Docket No. 202 in No. 10-cv-01134-PAB-KMT].  On June 8, 2011, the Court consolidated this action with Civil Action No. 10-cv-01134-PAB-KMT because, in each, plaintiff alleged substantially similar facts against the same defendant.  *See* Docket No. 24.  In Civil Action No. 10-cv-01134-PAB-KMT, plaintiff was ordered to "file an amended complaint consolidating the factual allegations and causes of action previously contained in the complaints" from both consolidated cases, *see* Docket No. 164 in No. 10-cv-01134-PAB-KMT, which plaintiff did.  *See* Docket No. 169 in No. 10-cv-01134-PAB-KMT.  In light of the Stipulation filed in Civil Action No. 10-cv-01134-PAB-KMT, it is

    **ORDERED** that this case shall be dismissed with prejudice.

DATED March 23, 2012.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge